

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00728-CV

**IN RE LINK NEW TECH INC.**, and Granitize of San Antonio, Inc.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  November 16, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On November 4, 2016, Relator filed a petition for writ of mandamus and emergency motion for stay. The court has considered Relator's petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion for stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014CI17911, styled *Link New Tech Inc., Granitize of San Antonio, Inc. v. MaxxMarka Inc., MaxxMarka International, LLC, Rasha Youssef, Clinique Hoskin, and Roxanne Salazar v. Adam Awad, Regavita Thomas, and Demetrice Thomas*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.